## 48486. ELBERTA CRATE & BOX COMPANY v. WATSON.

BELL, Chief Judge. The denial of plaintiff's motions to strike defenses and for summary judgment was proper as the pleadings and the evidence of record show that there is a genuine issue of material fact as to whether the trade acceptance notes sued upon were the obligation of the defendant individually or of a corporation of which he was the president.

*Judgment affirmed. Deen and Quillian, JJ., concur.*
ARGUED SEPTEMBER 10, 1973 — DECIDED OCTOBER 29, 1973.

*Kirbo & Kirbo, Ben Kirbo,* for appellant.